UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  11-61317-CIV-MORENO

ACCESS FOR THE DISABLED, INC.,
ROBERT COHEN, and PATRICIA KENNEDY,

    Plaintiffs,

vs.

NALEX FOODS, INC.
A Florida Corporation,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

**THE PARTIES**, through undersigned Counsel, hereby notify the Court that they have reached settlement of all issues.

The parties' counsel are presently preparing a formal settlement agreement for signature by all parties and intend to file a stipulation for dismissal when the agreement is signed by all required to do so, which they anticipated will be no more than twenty days from the date hereof.

    /s/Douglas S. Schapiro
    Douglas S. Schapiro, Esq.
    Fla. Bar No. 54538
    Chepenik Trushin LLP
    Attorneys for Plaintiffs
    12550 Biscayne Blvd.
    Suite 904
    North Miami, FL  33181
    Tele: 305-981-8889
    Fax: 305-405-7979

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been filed electronically the Clerk of the Court using CM/ECF/system, this 22nd day of July, 2011 and sent by US Mail to: Victor Jove, as registered agent of Nalex Foods, Inc., 10020 West Oakland Park Blvd., Sunrise, FL 33351.

/s/Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Fla. Bar No. 54538
Chepenik Trushin LLP
Attorneys for Plaintiffs
12550 Biscayne Blvd.
Suite 904
North Miami, FL  33181
Tele: 305-981-8889
Fax: 305-405-7979